No. 91–8173.  MARTIN *v.* DELAWARE.  Sup. Ct. Del.  Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8.  Petitioner is allowed until July 13, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.  JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 91–1353.  CONROY *v.* ANISKOFF ET AL.  Sup. Jud. Ct. Me. Certiorari granted.

No. 91–1657.  LEATHERMAN ET AL. *v.* TARRANT COUNTY NARCOTICS INTELLIGENCE AND COORDINATION UNIT ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 91–1826.  BARR, ATTORNEY GENERAL, ET AL. *v.* CATHOLIC SOCIAL SERVICES, INC., ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 91–610.  LOCAL 144 NURSING HOME PENSION FUND ET AL. *v.* DEMISAY ET AL.  C. A. 2d Cir.  Motions of National Coordinating Committee for Multiemployer Plans and Central States et al. for leave to file briefs as *amici curiae* granted.  Certiorari granted.

No. 91–1600.  HAZEN PAPER CO. ET AL. *v.* BIGGINS.  C. A. 1st Cir.  Motion of National Association of Manufacturers et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted.